IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TURI JAFET JOSEPH** a/k/a **JOSEPH TURI** (#297255), | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 17 C 2104<br>) |
| **SUPERINTENDENT ENGLESON**, #234, et al., | )<br>)<br>) |
| Defendants. | ) |

## **MEMORANDUM ORDER**

Eric Sdrenka, the appointed counsel for plaintiff Turi Jafet Joseph ("Joseph"), who had filed his original Complaint pro se, has sought to file an Amended Complaint. Counsel for Tracy Engleson ("Engleson"), who was the only defendant named in Joseph's original Complaint, has interposed no objection to that motion, and the motion is granted.

This case exemplifies the value of this District Court's trial bar system, and this Court expresses thanks to attorney Sdrenka for his services to this point. To move the case forward attorney Sdrenka is ordered to serve process on the newly named defendants in the Amended Complaint. Finally, an initial scheduling order is being issued contemporaneously, with the initial status hearing, which is being set for 9 a.m. August 24, 2017.

                                                                              _____
                                                                              Milton I. Shadur
                                                                              Senior United States District Judge

Date: June 22, 2017